**Order entered October 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01466-CV

### IN RE NEIL NOBLE, Relator

**Original Proceeding from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-13-02526-D**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.

/s/    JIM MOSELEY
            JUSTICE